IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Courtroom Deputy: Ginny Kramer     Date: June 25, 2009
Court Reporter: Kara Spitler
Interpreter: Ellen Klaver
Probation Officer: Kurt Thoene

**Criminal Action No.  07-cr-00188-WDM-13**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Colleen Covell |
|     Plaintiff, | |
| vs. | |
| 13.  LUIS MURO-MUNOZ, | Steve Baca |
|     Defendant. | |

**COURTROOM MINUTES - SENTENCING HEARING**

**2:16 p.m.**     **Court in session.**

Appearances of counsel.

Opening statements by the Court.

The Interpreter is sworn.

Defendant entered his plea on November 7, 2008 to counts 1 and 61 of the Second Superseding Indictment.

**ORDERED:**    The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.  The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and

sentencing guidelines range.

Statements to the Court by Ms. Covell, for the Government.

Statements to the Court by Mr. Baca, for the Defendant.

**ORDERED:** That the Government's Motion for Downward Departure Pursuant to 5K1.1 - *Government's Motion Pursuant to 18 U.S.C. § 3553(e) and § 5K1.1 for Downward Departure Based on Substantial Assistance* [#963] filed May 4, 2009, is **granted.**

**ORDERED:** That the Government's Motion to Dismiss Counts 18, 19, 20, 22, 44, 57, 58, and 59 [#1057] filed June 24, 2009, is **granted.**

**ORDERED:** Defendant's plea of guilty to counts 1 and 61 are accepted.

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | | |
| Count 1 | NLT 10 years | 210 months as to Count 1, 120 months at to Count 61 to be served concurrently. |
| Count 61 | NMT Life | |
| **Supervised Release** | | |
| Count 1 | NLT 5 years | 5 years as to Count 1, 3 years as to Count 61 to be served concurrently |
| Count 61 | NMT 3 years | |
| **Fine** | | |
| Count 1 | NMT $4,000,00 | Not recommended |
| Count 61 | $250,000 | |
| **Special Assessment** | $ 100.00 each count | $200.00 |

**ORDERED:** Defendant shall be **imprisoned** for ninety (90) months as to Count 1 and to ninety (90) months as to Count 61, of the Second Superseding Indictment to be served concurrently.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of 5 year as to Count 1 and 3 years as to Count 61 of the Second Superseding Indictment, to be served concurrently.

**ORDERED:** **Conditions** of Supervised Release that:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:

- (X) If defendant is deported, he shall not re-enter the United States illegally.  If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:** Defendant shall pay **$ 100.00 for each count** to **Crime Victim Fund** (Special Assessment), for a total of $200.00, to be paid immediately

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days of entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**2:51 p.m.**     **Court in recess.**

Hearing concluded
Total in court time: 00:35 minutes